IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| RANDY SHANKLIN, | ) |
| *Plaintiff,* | ) Case No. 3:21-cv-00225-WHR-SLO |
| v. | ) Judge Walter H. Rice |
| C. R. BARD, INC. and BARD PERIPHERAL VASCULAR INC., | ) |
| *Defendants.* | ) |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

The Court having reviewed Plaintiff's Motion to Dismiss Without Prejudice, finds the motion should be and is hereby GRANTED.

IT IS HEREBY ORDERED that Plaintiff's claims against Defendants are hereby dismissed without prejudice.

IT IS FURTHER ORDERED that the above-numbered and captioned cause is closed.

SO ORDERED this 13Th day of January, 2022.

_____
United States District Judge